Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 861-1390
rlee@consumerlawcenter.com

Attorneys for Plaintiff, STEVE ZENONE

*IT IS SO ORDERED*
*Judge James Ware*
8/18/2010

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ZENONE, ) | Case No.: 10-cv-2162 JW |
| Plaintiff, ) | **VOLUNTARY DISMISSAL** |
| v. ) | |
| MRS ASSOCIATES, ) | |
| Defendant. ) | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, STEVE ZENONE, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: August 17, 2010                    KROHN & MOSS, LTD.

By:/s/ Ryan Lee .
   Ryan Lee
   Attorneys for Plaintiff
   STEVE ZENONE

**IT IS SO ORDERED**

The Clerk shall close this file.

Dated: August 18, 2010

_____
United States District Judge